UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES, | No. 2:19-cv-00558 KJM CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| INTERNAL REVENUE SERVICE, | |
| Defendants. | |

Plaintiff, proceeding pro se, has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff indicates that his gross pay or wages are $5,083.33 and that his take-home pay was $3,640.00 on March 15, 2019. Plaintiff does not explain whether he receives this amount every two weeks, or on some other schedule. Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

Dated: April 3, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/barnes0558.ifp_incomplete