RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

McGREGOR W. SCOTT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quiller Barnes,<br><br>                Plaintiff,<br><br>  v.<br><br>Internal Revenue Service, Does 1-20,<br><br>                Defendant(s). | No. 2:19-CV-00558-KJM-CKD (PS)<br><br>**[PROPOSED] ORDER ON JOINT REQUEST TO EXTEND DEADLINES AND VACATE AND CONTINUE HEARINGS**<br><br>Date:   August 21, 2019<br>Time:  10:00 AM<br>Court:  Courtroom 24, 8th Floor<br>Judge: Hon. Carolyn K. Delaney |

Pursuant to the "Joint Request to Extend Deadlines and Vacate and Continue Hearings" filed by Plaintiff, Quiller Barnes, and Defendant, the United States of America, and for good cause shown, it is hereby ORDERED that (1) Mr. Barnes shall file his Opposition to the United States' Motion to Dismiss on or before August 21, 2019, (2) the United States' shall file its Reply in support of its Motion to Dismiss on or before August 28, 2019, (3) the hearing on the United States' Motion to Dismiss, currently scheduled for August 21, 2019, is **VACATED,** and continued to September 11, 2019, at 10:00 AM, before the Honorable Magistrate Judge Carolyn

Proposed Order                            1

K. Delaney, and (4) the Scheduling Conference currently set for September 18, 2019, is **VACATED.**

IT IS SO ORDERED.

Dated: July 25, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Barnes558.mtd.deadlines