UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES, | No. 2:19-cv-00558-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| INTERNAL REVENUE SERVICE, | |
| Defendant. | |

This matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On September 20, 2019, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations, and defendant a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 20, 2019, are adopted in full;

2. Defendant's motion to dismiss (ECF No. 13) is GRANTED;

3. The action is DISMISSED without leave to amend for lack of subject matter jurisdiction; and

4. The clerk of court close this case.

DATED: March 19, 2020.

CHIEF UNITED STATES DISTRICT JUDGE